**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)**

| | |
|---|---|
| ALLIED INTERNATIONAL CORP. OF VIRGINIA, ) ) ) ) Plaintiff, ) ) v. ) ) NEW ENGLAND CONFECTIONERY ) COMPANY, INC., ) ) Defendant. ) ) | Civil Action No. 1:12-cv-00540-LO-JFA |

**STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Counsel for the Defendant contacted Plaintiff's counsel and requested an extension of time to respond to the Complaint until July 24, 2012. Plaintiff Allied International Corp. of Virginia has no objection and hereby stipulates for the record that the time for defendant New England Confectionery Company, Inc. to file and serve its response to Plaintiff's complaint shall be extended up to and including July 24, 2012.

        Respectfully submitted,

        ALLIED INTERNATIONAL CORP. OF VIRGINIA
        By its attorneys,


        /s/ George Rubert Doumar
        George R.A. Doumar (26490)
        Doumar Martin, PLLC
        2000 N. 14th Street, Suite 210
        Arlington, VA 22201
        Phone: 703-243-3737
        Fax: 703-524-7610
        gdoumar@doumarmartin.com

Dated: July 16, 2012

## Certificate of Service

      I hereby certify that on this 16th day of July 2012, I served a copy of the foregoing, via regular mail, on the following:

NEW ENGLAND CONFECTIONERY
COMPANY, INC.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Elizabeth Murillo, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110-1624

/s/ George R. A. Doumar
George R.A. Doumar (26490)
Alison Villarivera (82760)
Doumar Martin, PLLC
2000 N. 14th Street
Suite 210
Arlington, VA 22201
(703) 243-3737
Fax: (703) 919-2910
E-mail: gdoumar@doumarmartin.com
